# Vehicle Valuation Report

Prepared For  Progressive Group of Insurance Companies  (800) 321-9843


mitchell

## Claim Information

| | | | |
|---|---|---|---|
| **Claim Number**<br>21-6433242-01 | **Policy Number** | **Loss Type**<br>COLLISION | **Owner**<br>KEDDRICK BROWN 156 COLDWATER WAY GRIFFIN, GA 30224 +1-404-3334244 |
| **Loss Date**<br>05/10/2021 | **Reported Date**<br>05/12/2021 | **Valuation Report Date**<br>05/25/2021 | **Valuation Report ID**<br>1012283275 |  **Version Number**<br>3 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2014 | Dodge | Charger R/T 4 Door Sedan 5.7L 8 Cyl Gas A RWD | GA 31605 | 131,303 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| Bright White Clearcoat | | 2C3CDXCT8EH227637 | No |

## Valuation Summary

### Loss Vehicle Adjustments
Adjustments specific to your vehicle

| | |
|---:|---:|
| Base Value = | $12,968.02 |
| Condition - | $226.71 |
| Prior Damage | $0.00 |
| Aftermarket Parts | $0.00 |
| Refurbishment | $0.00 |
| Market Value = | $12,741.31 |

### Settlement Adjustments
Adjustments specific to your policy

| | |
|---:|---:|
| Deductible - | $500.00 |
| Settlement Value = | $12,241.31 |

## Settlement Value: $12,241.31

J.D. POWER    EXHIBIT 1    Mitchell WorkCenter Total Loss
© 2018 Mitchell International, Inc. All Rights Reserved.

Scanned with CamScanner

# Loss Vehicle Detail

Loss vehicle: 2014 Dodge Charger | R/T 4 Door Sedan | 5.7L 8 Cyl Gas A RWD

## Standard Equipment

### Exterior

| | |
|---|---|
| Black Side Windows Trim | Body-colored door handles |
| Body-colored front bumper | Body-Colored Power Heated Side Mirrors w/Manual Folding |
| Body-Colored Rear Bumper | Chrome grille |
| Clearcoat paint | Compact Spare Tire Mounted Inside Under Cargo |
| Fixed Rear Window w/Defroster | Front fog lamps |
| Fully Automatic Projector Beam High Intensity Low Beam Daytime Running Headlamps w/Delay-Off | Galvanized Steel/Aluminum Panels |
| Laminated Glass | LED brakelights |
| Light tinted glass | Perimeter/Approach Lights |
| Speed sensitive variable intermittent wipers | Steel spare wheel |
| Tires: P235/55R18 BSW AS Performance | Trunk Rear Cargo Access |
| Wheels: 18" x 7.5" Aluminum | |

### Interior

| | |
|---|---|
| 2 Seatback Storage Pockets | 276w Regular Amplifier |
| 3 12V DC Power Outlets | 4-Way Passenger Seat -inc: Manual Recline and Fore/Aft Movement |
| 6 Performance Speakers | 60-40 Folding Bench Front Facing Fold Forward Seatback Cloth Rear Seat |
| 8-Way Power Driver Seat -inc: Power Recline, Height Adjustment, Fore/Aft Movement, Cushion Tilt and Power 4-Way Lumbar Support | Air filtration |
| Analog Display | Audio jack input for mobile devices |
| Cargo net | Cargo Space Lights |
| Carpet Floor Trim and Carpet Trunk Lid/Rear Cargo Door Trim | Cloth Bucket Front Seats w/Power 4-Way Driver Lumbar |
| Compass | Cruise control w/steering wheel controls |
| Day-Night Auto-Dimming Rearview Mirror | Delayed Accessory Power |
| Digital Signal Processor | Driver And Passenger Heated-Cushion, Driver And Passenger Heated-Seatback |
| Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination, Driver And Passenger Auxiliary Mirror | Driver foot rest |
| Dual Zone Front Automatic Air Conditioning | Fade-to-off interior lighting |
| FOB Controls -inc: Trunk/Hatch/Tailgate and Remote Engine Start | Front And Rear Map Lights |
| Front Center Armrest and Rear Center Armrest w/Storage | Front Cupholder |
| Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats | Full cloth headliner |
| Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 3 12V DC Power Outlets | Gauges -inc: Speedometer, Odometer, Oil Pressure, Engine Coolant Temp, Tachometer, Oil Temperature, Transmission Fluid Temp, Engine Hour Meter, Trip Odometer and Trip Computer |
| HomeLink Garage Door Transmitter | HVAC -inc: Underseat Ducts and Console Ducts |
| Illuminated locking glove box | Instrument Panel Bin, Driver / Passenger And Rear Door Bins |



| | |
|---|---|
| Interior Trim -inc: Aluminum Instrument Panel Insert, Aluminum Console Insert and Chrome Interior Accents | Leather gear shift knob |
| Leather/Metal-Look Steering Wheel | Manual tilt/telescoping steering column |
| Manual Type Adjustable Front Head Restraints and Fixed Rear Head Restraints | Outside temp gauge |
| Power 1st Row Windows w/Driver And Passenger 1-Touch Up/Down | Power Door Locks w/Autolock Feature |
| Power Rear Windows | Proximity Key For Doors And Ignition |
| Radio w/Seek-Scan, Clock, Speed Compensated Volume Control, Steering Wheel Controls, Voice Activation and Radio Data System | Radio: Uconnect 8.4 CD/DVD/MP3 |
| Rear cupholder | Redundant Digital Speedometer |
| Remote Keyless Entry w/Integrated Key Transmitter, 4 Door Curb/Courtesy, Illuminated Entry and Panic Button | Remote Releases -Inc: Power Trunk/Hatch and Power Fuel |
| Remote USB port | Sentry Key Engine Immobilizer |
| Sirius satellite radio | Systems Monitor |
| Trip computer | Uconnect w/Bluetooth Wireless Phone Connectivity |
| Valet Function | Vinyl Door Trim Insert |
| Voice Recorder | Window Grid Antenna |
| Wireless Streaming | |

## Mechanical

| | |
|---|---|
| 160 amp alternator | 19.5 Gal. Fuel Tank |
| 2.65 axle ratio | 4-Wheel Disc Brakes w/4-Wheel ABS, Front And Rear Vented Discs, Brake Assist and Hill Hold Control |
| 5300# GVWR | 730CCA Maintenance-Free Battery w/Run Down Protection |
| Dual Stainless Steel Exhaust w/Chrome Tailpipe Finisher | Electro-Hydraulic Power Assist Steering |
| Front And Rear Anti-Roll Bars | Gas-pressurized shock absorbers |
| Multi-link rear suspension w/coil springs | Rear-wheel drive |
| Short And Long Arm Front Suspension w/Coil Springs | Sport tuned suspension |
| Transmission w/Autostick Sequential Shift Control | |

## Safety

| | |
|---|---|
| ABS And Driveline Traction Control | Airbag Occupancy Sensor |
| Curtain 1st And 2nd Row Airbags | Driver knee airbag |
| Dual Stage Driver And Passenger Front Airbags | Dual Stage Driver And Passenger Seat-Mounted Side Airbags |
| Electronic stability control (ESC) | Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners |
| Rear child safety locks | Side impact beams |
| Tire Specific Low Tire Pressure Warning | |

## Packages

### BEATS AUDIO GROUP

-inc: 10 Beats Premium Speakers w/Subwoofer, 552 Watt Amplifier

### BLACKTOP PACKAGE

-inc: Tires: 245/45R20 BSW AS Performance, 215mm Rear Axle, Beats Audio Group, 10 Beats Premium Speakers w/Subwoofer, 552 Watt Amplifier, Wheels: 20" x 8.0" Painted Aluminum, Rear Bodycolor Spoiler, Gloss Black Grille w/Black Honeycomb, 3.06 Rear Axle Ratio, Sport Mode 2, High Speed Engine Controller, Steering Wheel Mounted Shift Control



## Optional Equipment

REAR BODYCOLOR SPOILER

*DIO/PIO = Dealer/Port Installed Options

## Loss Vehicle Base Value

Loss vehicle: 2014 Dodge Charger | R/T 4 Door Sedan | 5.7L 8 Cyl Gas A RWD

### Comparable Vehicle Information

Search Radius used for this valuation: 100 miles from loss vehicle zip/postal code.
Typical Mileage for this vehicle: 83,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2014 DODGE CHARGER R/T 4D SDN 8 5.7NORMAL GAS A 2WD | 143,198 | 32055 | 53 miles | $13,662.00 List Price | $14,096.14 |
| 2 | 2014 DODGE CHARGER SE 4D SDN 6 3.6NORMAL FLEXIBLE A 2WD | 128,594 | 32327 | 84 miles | $12,999.00 List Price | $14,149.47 |
| 3 | 2014 DODGE CHARGER SE 4D SDN 6 3.6NORMAL FLEXIBLE A 2WD | 97,454 | 32615 | 90 miles | $12,939.00 List Price | $12,125.69 |
| 4 | 2014 DODGE CHARGER R/T PLUS 4D SDN 8 5.7NORMAL GAS A 2WD | 64,027 | 32097 | 97 miles | $19,954.00 List Price | $11,500.79 |

**Base Value: $12,968.02**

## Loss Vehicle Adjustments

Loss vehicle: 2014 Dodge Charger | R/T 4 Door Sedan | 5.7L 8 Cyl Gas A RWD


Mitchell WorkCenter Total Loss

## Condition Adjustments

Condition Adjustment: -$226.71    Overall Condition: 2.92-Good    Typical Vehicle Condition: 3.00

| Category | Condition | Comments |
|---|---|---|
| **Interior** | | |
| SEATS | 3 Good | |
| DOORS/INTERIOR PANELS | 3 Good | |
| GLASS | 3 Good | |
| CARPET | 3 Good | |
| HEADLINER | 3 Good | |
| DASH/CONSOLE | 3 Good | |
| **Exterior** | | |
| PAINT | 3 Good | |
| TRIM | 2 Fair | major trim missing damaged, Single Large Impact, |
| VINYL/CONVERTIBLE TOP | Typical | |
| BODY | 3 Good | 1 small dent/crease |
| **Mechanical** | | |
| TRANSMISSION | 3 Good | |
| ENGINE | 3 Good | |
| Tire | 2 Fair | |

Typical Vehicle Condition reflects a condition similar to the same year, make and model. Amount of wear and tear/ damage consistent with its age.

Comments:

## Comparable Vehicles

Loss vehicle: 2014 Dodge Charger | R/T 4 Door Sedan | 5.7L 8 Cyl Gas A RWD



### 1  2014 DODGE CHARGER R/T 4D SDN 8 5.7 NORMAL GAS A2WD

List Price: $13,662.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 2C3CDXCT8EH155337 | X997237B | 05/19/2021 | 32055 | 53 miles |

Source

DEALER WEB LISTING -
BUILDSHEET - CARS.COM
ROUNTREE MOORE TOYOTA
1232 W US HWY 90
LAKE CITY FL 32055
386-755-0631

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$762.00 |
| Mileage | 131,303 | 143,198 | $436.82 |
| Equipment | | | |
| BLACKTOP PACKAGE | Yes | No | $759.32 |
| **Total Adjustments:** | | | **$434.14** |
| **Adjusted Price:** | | | **$14,096.14** |

### 2  2014 DODGE CHARGER SE 4D SDN 6 3.6 NORMAL FLEXIBLE A2WD

List Price: $12,999.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 2C3CDXBG4EH102557 | 1900 | 04/19/2021 | 32327 | 84 miles |

Source

DEALER WEB LISTING -
BUILDSHEET - VAST.COM
UPRITE AUTO SALES
2106 CRAWFORDVILLE HIGHWAY
CRAWFORDVILLE FL 32327
850-926-9511

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$725.00 |
| Vehicle Configuration Adjustment | | | $1,275.19 |
| Mileage | 131,303 | 128,594 | -$109.45 |
| Equipment | | | |
| BLACKTOP PACKAGE | Yes | No | $797.53 |
| RADIO: UCONNECT 4.3S AM/FM/CD/MP3 | No | Yes | -$87.80 |
| **Total Adjustments:** | | | **$1,150.47** |
| **Adjusted Price:** | | | **$14,149.47** |

Comparable Vehicle Option Details:
RADIO: UCONNECT 4.3S AM/FM/CD/MP3



Mitchell WorkCenter Total Loss

Scanned with CamScanner

| 3 | 2014 DODGE CHARGER SE 4D SDN 6 3.6 NORMAL FLEXIBLE A2WD | | | List Price: $12,939.00 |
|---|---|---|---|---|

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 2C3CDXBG8EH306844 | 41078T | 05/10/2021 | 32615 | 90 miles |

Source

DEALER WEB LISTING -
BUILDSHEET - VAST.COM
SANTA FE FORD
16330 U.S. 441
ALACHUA FL 32615
800-556-1022

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$722.00 |
| Vehicle Configuration Adjustment | | | $1,269.27 |
| Mileage | 131,303 | 97,454 | -$1,663.69 |
| Equipment | | | |
|    BLACKTOP PACKAGE | Yes | No | $793.83 |
|    20" WHEEL SPORT APPEARANCE GROUP | No | Yes | -$490.72 |
| | | Total Adjustments: | -$813.31 |
| | | **Adjusted Price:** | **$12,125.69** |

Comparable Vehicle Package Details:

20" WHEEL SPORT APPEARANCE GROUP



| 4 | 2014 DODGE CHARGER R/T PLUS 4D SDN 8 5.7 NORMAL GAS A2WD | | | | List Price: $19,954.00 |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 2C3CDXCT7EH202261 | A3818 | 05/15/2021 | 32097 | 97 miles |

**Source**

DEALER WEB LISTING - BUILDSHEET - AUTOTRADER.COM
DAVIS CHRYSLER DODGE JEEP RAM OF YULEE
464037 STATE ROAD 200
YULEE FL 32097
904-277-6969

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$1,113.00 |
| Vehicle Configuration Adjustment | | | $0.00 |
| Mileage | 131,303 | 64,027 | -$4,983.77 |
| Equipment | | | |
|    BLACKTOP PACKAGE | Yes | No | $1,109.02 |
|    WHEELS & TUNES GROUP | No | Yes | -$1,047.24 |
|    NAVIGATION/REAR BACK-UP CAMERA GROUP | No | Yes | -$676.54 |
|    QUICK ORDER PACKAGE 29P R/T PLUS | No | Yes | -$1,082.45 |
|    POWER SUNROOF | No | Yes | -$659.23 |
| | | **Total Adjustments:** | **-$8,453.21** |
| | | **Adjusted Price:** | **$11,500.79** |

**Comparable Vehicle Package Details:**

WHEELS & TUNES GROUP  (REAR BODYCOLOR SPOILER)

NAVIGATION/REAR BACK-UP CAMERA GROUP

QUICK ORDER PACKAGE 29P R/T PLUS

**Comparable Vehicle Option Details:**

POWER SUNROOF

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2014 Dodge Charger R/T | 4 Door Sedan 5.7L 8 Cyl Gas  RWD | $30,495.00 |
| 2014 DODGE CHARGER SE | 4D SDN 6 3.6 NORMAL FLEXIBLE A 2WD | $27,262.00 |
| 2014 DODGE CHARGER R/T PLUS | 4D SDN 8 5.7 NORMAL GAS A 2WD | $30,495.00 |



Mitchell WorkCenter Total Loss

# Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was designed and built in conjunction with J.D. Powers, experts in data analysis and vehicle pricing and a highly trusted name among consumers. With years of experience in vehicle pricing, J.D Power is a credible, third-party expert whose name provides consumer recognition and confidence. WCTL provides a consistent methodology across all vehicles and it includes valid comparable vehicles that most closely resemble the totaled vehicle and are similar to the vehicles a consumer would find in their own research.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles that are the closest match to the loss vehicle in the same market area. WorkCenter Total Loss utilizes consumer-based vehicle sources along with inventory directly from Dealerships. When available WCTL also provides sold vehicle records from sources such as J.D. Powers.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).
- Vehicle Configuration Adjustment- an adjustment for differences in configuration between the comparable vehicle and the loss vehicle (e.g. differences in trim).
- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.
- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

    Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

    Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

    Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

    Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.



Scanned with CamScanner