# EXHIBIT C

*Brown et al. v. Progressive Mountain Ins. Co. et al.*
c/o Epiq
P.O. Box 6366
Portland, OR 97228-6366

### COURT ORDERED NOTICE OF CLASS ACTION SETTLEMENT

*Brown et al. v. Progressive Mountain Ins. Co. et al.,*

*Case 3:21-cv-00175-TCB*

Opt Out Deadline:

**April 30, 2025**

This Notice is to inform you of a Class Action Settlement and to advise you of your rights. The Court's order, including the full definitions of the Settlement Classes, can be viewed at www.GATotalLossClaim.com.

<<MAIL ID>>
<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

**What Does the Settlement Provide?** Subject to court approval, the Settlement in *Brown, et al. v. Progressive Mountain Ins. Co., et al.* (the "Class Action") resolves all claims brought against Progressive Mountain Ins. Co., and Progressive Premier Ins. Co. of Illionis (collectively "Progressive") for systematically paying their insureds <u>less</u> than the actual cash value of their total loss vehicles in exchange for a cash Settlement Fund of $43,000,000.

**What are My Options?** As a potential Settlement Class Member, you have three choices. 1) **If you wish to receive money from the Settlement, you do not need to do anything.** Upon final approval of the Settlement, you will automatically receive a check payment, currently estimated at [$]. However, there may be benefits to choosing to receive payment electronically. For more information, or to update your address, visit the website below. You will also be bound by any judgment approving or disapproving the Settlement. 2) **If you do not wish to participate in the Settlement, you can request exclusion from the Settlement.** If you choose to be excluded, you will not share in the Settlement proceeds, you will not be bound by any orders or judgments in this case, and you will have the right to pursue individually, at your own expense, any claim you may have against Progressive. To be valid, your exclusion must be postmarked by April 30, 2025. 3) **If you do not request exclusion from the Settlement, you can object to the Settlement if you do not like any part of it.** To do so, you must file and serve a written objection by April 30, 2025. Visit the website below for more information.

**Who Represents Me?** The Court has appointed Carney Bates & Pulliam, PLLC; Jacobson Phillips PLLC; Normand PLLC; Edelsberg Law, P.A.; Shamis & Gentile; and Bailey Glasser LLP to serve as Class Counsel. You do not have to pay Class Counsel to participate. Instead, they will ask the Court for an award of fees and litigation expenses from the Settlement Fund. You may hire your own lawyer, at your own expense, to appear in Court for you, but you do not have to.

**How Do I Get More Information?** For more information, you may go to www.GATotalLossClaim.com, or you may contact the Administrator at 1-888-604-7469 or Class Counsel at 14 NE 1st Ave., Suite 705, Miami, FL 33132.