

**CLASS ACTION & CLAIMS SOLUTIONS**
Estimate for Administration
2/10/2025

# Brown v Progressive Settlement Admin

## Email or Postcard Notice

### Project Requirements and Estimated Volumes

| | |
|---|---|
| Total Notice Population | 162,000 |
| Email Notice Population | 150,000 |
| Percentage of Undeliverable email | 8% |
| Mail Notice Population | 12,000 |
| Percentage of Undeliverable mail | 5% |
| Toll-Free Phone with IVR | Yes |
| Contact Center Agent Support | No |
| Informational Website | Yes |
| Digital Payment Percentage | 15% |
| Case Duration (Months) | 9 |
| Mailing Packet Content | Email or single postcard |

### Summary Estimate

| | |
|---|---:|
| Data Standardization and Class Notice | $ 16,623 |
| Project Management and Reporting | $ 32,300 |
| Website | $ 4,025 |
| Toll-Free Call Center (IVR) | $ 8,334 |
| Distribution and Fund Management | $ 56,209 |
| Postage and Expenses | $ 107,024 |
| Total Estimate | $ 227,505 |

CLASS ACTION & CLAIMS SOLUTIONS
Estimate for Administration
2/10/2025

## Detailed Estimate

# Brown v Progressive Settlement Admin

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| **Data Standardization and Class Notice** | | | | |
| Import and Standardize Data* | Per File | $ 1,000 | 1 | $ 1,000 |
| Data Analyst | Per Hour | $ 150 | 32 | $ 4,800 |
| Forms Set-up and Mailing Coordination | Per Layout | $ 500 | 4 | $ 2,000 |
| Email Notice Setup | One-Time Fee | $ 500 | 1 | $ 500 |
| Email Notice | Per Email | $ 0.02 | 150,000 | $ 3,000 |
| Record Undeliverable Email | Per Piece | $ 0.025 | 12,000 | $ 300 |
| NCOA Address Update ($500 minimum) | Per 1,000 | $ 3.00 | 24 | $ 500 |
| Print/Mail Notice | Printed as Lot | $ 0.160 | 24,000 | $ 3,840 |
| Record Undeliverable Mail | Per Piece | $ 0.29 | 1,200 | $ 348 |
| Enter Change of Address - Postal Forward | Per Address | $ 0.45 | 60 | $ 27 |
| Address Research 1M-3M | Per input | $ 0.12 | 1,140 | $ 137 |
| Notice Remails | Per Piece | $ 0.25 | 684 | $ 171 |
| Detailed Notice Request Fulfillment | Per Piece | $ 1.50 | - | $ - |
| *Data provided must meet Epiq data standards. Epiq can standardize data at additional cost of $165/hr. | | | | **$ 16,623** |
| **Project Management and Reporting** | | | | |
| Project Manager | Per Hour | $ 150 | 90 | $ 13,500 |
| Project Coordinator | Per Hour | $ 100 | 140 | $ 14,000 |
| Data Analyst and Reporting | Per Hour | $ 150 | 32 | $ 4,800 |
| | | | | **$ 32,300** |
| **Website** | | | | |
| Static Website Deployment and Testing | Per Language | $ 2,000 | 1 | $ 2,000 |
| Website Hosting | Per Month | $ 225 | 9 | $ 2,025 |
| | | | | **$ 4,025** |
| **Toll-Free Call Center (IVR)** | | | | |
| IVR Configuration and Recording | Per Language | $ 2,000 | 1 | $ 2,000 |
| IVR Maintenance Fee | Per Month | $ 225 | 9 | $ 2,025 |
| IVR Minutes of Use | Per Minute | $ 0.19 | 22,680 | $ 4,309 |
| Notice Request Transcription | Per Record | $ 1.95 | | $ - |
| Message Recording Fee (IVR Script Change) | Per Hour | $ 125 | - | $ - |
| | | | | **$ 8,334** |

**CLASS ACTION & CLAIMS SOLUTIONS**
Estimate for Administration
2/10/2025

# Brown v Progressive Settlement Admin

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|
| **Opt-out Processing and Class Support** | | | | |
| Quality Assurance | Per Hour | $ 85 | 6 | $ 510 |
| Claimant Notification Letters | Per Letter | $ 0.75 | - | $ - |
| Correspondence Review and Response | Per Hour | $ 65 | 32 | $ 2,080 |
| Opt Out and Objection Reporting | Per Document | $ 10.00 | 40 | $ 400 |
| | | | | $ 2,990 |
| **Distribution and Fund Management** | | | | |
| Escrow Management | Per Year | $ 3,500 | | As incurred |
| Programming Distribution Calculation | Per Hour | $ 150 | | $ - |
| Payment Run Coordination (w/2 Reissue Runs) | Per Hour | $ 65 | 40 | $ 2,600 |
| Account Management and Reconciliation | Per Hour | $ 85 | 40 | $ 3,400 |
| EpiqPay Digital Payments | Per Payment | $ 0.31 | 24,300 | $ 7,533 |
| Print 1-image Paper Check with Stub | Per Check | $ 0.31 | 137,666 | $ 42,676 |
| Wire Payments | Per Wire | $ 25 | - | $ - |
| TIN Matching - IRS Verification of SSNs | Per TIN | $ 0.50 | - | $ - |
| Print Form 1099-MISC | Per Form | $ 0.50 | - | $ - |
| | | | | $ 56,209 |
| **Postage and Expenses** | | | | |
| Post Office Box - Dedicated | Per 6 Months | $ 800 | | WAIVED |
| Postage* - Notice/Letter/Paper Checks | Blended Total | | | $ 104,474 |
| Postage* - Form 1099s | Per Piece | | - | $ - |
| Photocopies, Delivery and Box Storage | As Used | | | $ 150 |
| Translation | As Used | | | $ - |
| Bank Fees - Account | Per Month | $ 150 | 6 | $ 900 |
| Settlement Fund (QSF) Income Tax Return | Per Year | $ 1,500 | 1 | $ 1,500 |
| *Discounted rates as applicable | | | | $ 107,024 |

**Total Estimated Costs**   $ 227,505



**CLASS ACTION & CLAIMS SOLUTIONS**
Estimate for Administration
2/10/2025

# Brown v Progressive Settlement Admin

| Activity | Unit | Rate | Volume | Amount |
|---|---|---|---|---|

Estimate does not include sales tax where applicable.

## Standard Rates

| | | |
|---|---|---|
| Clerical and Data Entry | $ | 50.00 |
| Contact Center (Dedicated) | $ | 55.00 |
| Contact Center (Shared Per Minute) | $ | 1.15 |
| Claims Analyst/Check & Mailing Coordinators | $ | 65.00 |
| Correspondence | $ | 65.00 |
| Claims Specialist/Account Reconciliation | $ | 85.00 |
| Project Coordinator | $ | 110.00 |
| Project Specialist/Contract Attorney | $ | 125.00 |
| Data Analyst and Reporting | $ | 165.00 |
| Disbursement/Contact Center Manager | $ | 175.00 |
| Project Manager | $ | 175.00 |
| Sr. Project Manager/Software Engineer | $ | 195.00 |
| Project Director/Solutions Architect | $ | 250.00 |
| Client Services Managers | $ | 275.00 |
| Vice President/Sr. Solutions Architect | $ | 325.00 |
| Executive Management and Testimony | $ | 450.00 |
| Photocopy or Image | $ | 0.12 |
| Box Storage (Per Box/Per Month) | $ | 10.00 |
| Long Distance, Per Minute | | As Used |

Estimate Valid Until:   5/11/2025